IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARIA DENISE SEVERINO ACEVEDO

XXX-XX-3359

Debtor(s)

CASE NO. 06-01859 BKT

Chapter 13

**FILED & ENTERED ON 07/11/2011**

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: Motion requesting entry of order lifting automatic stay, filed by Firstbank PR, docket #74.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted; The stay is lifted on behalf of Firstbank PR.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11 day of July, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    ROBERTO  FIGUEROA CARRASQUILLO
    ALEJANDRO  OLIVERAS RIVERA
    FIRSTBANK PR